UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| ALVIN YU,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VOLT INFORMATION SCIENCES, INC., et al.,<br><br>　　　　Defendants. | Case No. 19-cv-01981-LB<br><br>**JUDGMENT** |

On August 1, 2019, the court granted defendant Volt Information Sciences, Inc.'s motion to compel arbitration and dismiss this action. Pursuant to Federal Rule of Civil Procedure 58, the court hereby enters judgment in favor of defendant Volt Information Sciences, Inc. and against plaintiff Alvin Yu. The court directs the Clerk of Court to close the file in this matter.

**IT IS SO ORDERED.**

Dated: September 3, 2019

_____
LAUREL BEELER
United States Magistrate Judge

JUDGMENT – No. 19-cv-01981-LB